Appeal No.    2021AP1428

Cir. Ct. No.  2021CV735

STATE OF WISCONSIN

IN COURT OF APPEALS
DISTRICT IV

---

STEPHEN TRAVERS AND ROBERT WARD,

    PLAINTIFFS-APPELLANTS,

  V.

EYEKOR, INC.,

    DEFENDANT-RESPONDENT.

FILED

March 28, 2023

Sheila T. Reiff
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Sheila T. Reiff
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District III
Electronic Notice

Court of Appeals District IV
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Hon. Josann M. Reynolds
Circuit Court Judge
Electronic Notice

Carlo Esqueda
Clerk of Circuit Court
Dane County Courthouse
Electronic Notice

Roisin H. Bell
Electronic Notice

John N. Giftos
Electronic Notice

Shannon D. McDonald
Electronic Notice

PLEASE TAKE NOTICE that corrections were made to paragraph 12 in the above-captioned opinion which was released on February 23, 2023. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.